UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DBW Partners, LLC d/b/a The Capitol Forum,

      Plaintiff,

v.

      No. 24-cv-09836

BTG Pactual Asset Management US, LLC,

      Defendant

ORDER TO UNSEAL
CIVIL CASE FILED UNDER SEAL

---

Plaintiff, having filed an unopposed motion to unseal this civil case in the traditional manner, in paper form, and the Court having reviewed the motion and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order the unsealing of this civil case that was filed under seal, it is hereby ORDERED that the motion is GRANTED. The parties are directed to proceed henceforth in accordance with the instructions for filing non-sealed civil case found in the Court's ECF Rules & Instructions. The Clerk is directed to unseal all papers filed in this case and to place all past and future filings on the public docket.

Dated: February 3, 2025
New York, New York

SO ORDERED

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1