UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DBW Partners, LLC d/b/a The Capitol Forum, | : |
| Plaintiff, | : |
| v. | : Miscellaneous No. |
| BTG Pactual Asset Management US, LLC, | : ORDER TO FILE |
| | : CIVIL CASE UNDER SEAL |
| Defendant | : |

---

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of the Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: December 18, 2024
New York, New York

SO ORDERED:

_/s/ Vernon Broderick_
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE