UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DBW PARTNERS, LLC,
                              Plaintiff,

                -against-

BTG PACTUAL ASSET MANAGEMENT US,
LLC,
                              Defendant.
------------------------------------------------------------X

24 Civ. 9836 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pre-trial conference is scheduled for March 4, 2025, at 3:15 P.M. It is hereby

    **ORDERED** that the conference scheduled for March 4, 2025, at 3:15 P.M. is **RESCHEDULED** to **March 4, 2025, at 11:15 A.M.** The conference will be in person at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007 at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.

Dated: February 25, 2025
        New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE