UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DBW PARTNERS, LLC,

                  Plaintiff,

-against-

BTG PACTUAL ASSET MANAGEMENT US, LLC,

                  Defendant.
------------------------------------------------------------X

24 Civ. 9836 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference and pre-motion conference regarding Defendant's proposed motion to dismiss was held in this action on March 4, 2025. As discussed at the conference, it is hereby

**ORDERED** that the parties' proposed discovery schedule is substantially adopted as set forth in the Case Management Plan, which will be separately filed.

Dated: March 4, 2025
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE