UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DBW PARTNERS, LLC,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**BTG PACTUAL ASSET MANAGEMENT US, LLC,**<br><br>                              Defendant. | **Civil Action No. 1:24-cv-09836-LGS**<br><br>Judge Lorna G. Schofield<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW** |

1. I am a member of the law firm of Kelley Drye & Warren LLP, co-counsel for plaintiff DBW Partners, LLC.

2. I make this declaration in support of my motion to withdraw as counsel of record for plaintiff in this action.

3. Plaintiff will continue to be represented by Neil Harris Koslowe, Potomac Law Group, PLLC, and John B. Williams, who was admitted pro hac vice on February 25, 2025.

4. Since this action is in the early stages, my withdrawal will not have any impact on the proceedings. Indeed, Messrs. Koslow and Williams have assured me that they do not intend to modify any deadlines in the action because of my withdrawal.

5. Plaintiff DBW Partners, LLC is aware and consents to my withdrawal in this action. I will serve a copy of the motion on the plaintiff and all counsel of record.

6. I am not asserting a retaining or charging lien.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2025

                                                   /s/ *Andrea L. Calvaruso*
                                                   Andrea L. Calvaruso