UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :

DBW PARTNERS, LLC,                :

                      Plaintiff,      :

                              :         24 Civ. 9836 (LGS)

-against-                    :

                              :            ORDER

BTG PACTUAL ASSET MANAGEMENT US,  :
LLC,                          :

                      Defendant.    :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference regarding the parties' motions to compel discovery was held in this action on August 5, 2025.  As discussed at the conference, it is hereby

      **ORDERED** that Defendant's motion to compel is **DENIED**.  Plaintiff shall produce a version of the relevant settlement agreement that redacts the settlement amount by **August 8, 2025**.  It is further

      **ORDERED** that Plaintiff's motion to compel is **DENIED**.  By **September 19, 2025**, the parties shall file a joint letter proposing a plan regarding the admission of Plaintiff's expert's chart concerning the alleged copyright infringements.  If the parties have not fully resolved the issue, the letter shall identify any remaining areas of dispute.

Dated:  August 6, 2025
        New York, New York

                                           LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE