UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  DBW PARTNERS LLC,

                              Plaintiff(s),           24  Civ. 9836    (LGS)

                    -against-                         ORDER OF REFERENCE
                                                           TO A
  BTG PACTUAL ASSET MANAGEMENT US                     MAGISTRATE JUDGE
  LLC,

                              Defendant(s).
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Gabriel W. Gorenstein United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

✓ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF _____

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated: August 26, 2025
       New York, New York

* Do not check if already referred for General Pre-Trial.

Judge Gorenstein is respectfully requested to schedule a settlement conference for the week of September 15, 2025, if convenient.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE