

Potomac Law Group, PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C. 20006
Telephone: (202) 320-8907
E-mail: nkoslowe@potomaclaw.com

October 6, 2025

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *DBW Partners, LLC d/b/a/ The Capitol Forum v. BTG Pactual Asset Mgmt, US, LLC* (Case No. 24-cv-9836, *Response to Letter on Motion to Seal*

Your Honor:

On August 1, 2025, defendant BTG Pactual Asset Management US, LLC ("BTG") filed a letter motion (ECF No. 51) to seal "limited redacted portions" of Requests for Admission served by plaintiff DBW Partners, LLC d/b/a The Capitol Forum ("Capitol Forum").  BTG said that the Requests "extensively quote from Bloomberg chat messages produced by third-party Market Securities" and include "sensitive and confidential information related to [Market Securities'] clients' business."  Market Securities filed a supporting letter (ECF No. 56) stating that this "sensitive and confidential information" consisted of "identifying information for Market Securities' clients (other than BTG and its employees, including names and in a few cases, phone numbers."  Market Securities argued that the disclosure of this information "could cause significant harm" to its business and reputation."

In light of Market Securities' explanation, Capitol Forum does not oppose BTG's motion to the extent it requests the sealing of redacted portions of its Requests for Admission that contain identifying information for Market Securities' clients.  However, for the same reasons given by BTG and Market Securities, information identifying Capitol Forum's clients should be sealed as well.

Respectfully submitted,

<u>/s/ Neil H. Koslowe</u>
Neil H. Koslowe
*Counsel for Capitol Forum*