UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DBW PARTNERS LLC,                                           :
                                                            :   24 Civ. 9836 (LGS)
                                        Plaintiff,          :
                                                            :   ORDER
                -against-                                   :
                                                            :
BTG PACTUAL ASSET MANAGEMENT US                             :
L.L.C.,                                                     :
                                                            :
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion to seal material submitted in connection with Defendant's opposition to a motion to compel filed by Plaintiff. Defendant sought to redact material included in Requests for Admission served by Plaintiff, to which Plaintiff sought to compel a response. Although Defendant "does not have an interest in the confidentiality of the redacted information," it redacted the material at non-party Market Securities's request on the understanding that "the requested redactions relate to the identity and business records of Market Securities' clients." Market Securities submitted a letter in support of Defendant's motion to seal stating that the proposed redactions are limited to identifying information of Market Securities clients and the name of a competitor who is not a client. Market Securities does not explain specifically why the name of a competitor constitutes confidential business information or is otherwise material that may properly be sealed. It is hereby

ORDERED that, by **October 27, 2025**, Market Securities shall submit a letter explaining why the name of a competitor may properly be sealed and identifying which Requests for Admission include proposed redactions of the name of a competitor.

Dated: October 20, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE