

**EPSTEIN DRANGEL LLP**
60 East 42nd Street, Suite 1250, New York, NY 10165
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
www.ipcounselors.com

October 23, 2025

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

      Re:    *DBW Partners LLC. v. BTG Pactual Asset Management US L.L.C.*
               Civil Action No. 24-cv-09836-LGS
               Letter In Support of Motion to Seal/Redact

Dear Judge Schofield,

      Our firm represents Market Securities, LLC ("Market Securities"), which is not a party to the above-referenced case, but has appeared through counsel, in accordance with Your Honor's Individual Rules and Procedures for Civil Cases for the limited and sole purpose of respectfully requesting that this Court maintain the confidential treatment of documents containing its proprietary business information. In accordance with Your Honor's Order dated October 20, 2025 (*Dkt. No. 71*) (the "10/20 Order") Market Securities is hereby submitting another letter in support of its request for confidential treatment to specifically address "why the name of a competitor may properly be sealed and identifying which Requests for Admission include proposed redactions of the name of a competitor."

      On August 4, 2025, Market Securities filed a letter with the Court (*Dkt. No. 56*) (the "8/4 Letter") wherein it respectfully submitted that limited redacted portions of Plaintiff DBW Partners LLC d/b/a The Capitol Forum's (the "Capitol Forum") requests for admission (the "Requests for Admission") should remain under seal because they contain Market Securities' confidential information. As a threshold matter, Market Securities submits that since the Requests for Admission are discovery requests that embed portions of Market Securities' documents exchanged during discovery in Civil Action No. 22-cv-01333-BAH, they are unlikely to qualify as judicial documents. *See Guild v. Openai Inc.*, No. 23-cv-8292 (SHS) (OTW); 23-cv-10211 (SHS) (OTW); 24-cv-84 (SHS) (OTW); 23-cv-11195 (SHS) (OTW); 24-cv-3285 (SHS) (OTW); 24-cv-4872 (SHS) (OTW), 2025 U.S. Dist. LEXIS 5365, at *15 (S.D.N.Y. Jan. 10, 2025). Nonetheless, even if they qualify as judicial documents, the identity of Market Securities' clients (i.e., its client list) constitutes its proprietary information. While in footnote two in the 8/4 Letter, Market Securities indicated that "the name of a competitor, who is not a client, is also redacted from a few chats",

upon further investigation after the issuance of the 10/20 Order, Market Securities has discovered that the foregoing statement was made in error. Instead, it was not a "competitor" that was identified in those chats, but instead, a prospective client of Market Securities.[1] Like Market Securities' client list, Market Securities maintains that the identity (or identities) of its prospective client(s) constitutes its confidential business information, and should remain under seal. *See, e.g., Iacovacci v. Brevet Holdings, LLC*, No. 1:18-cv-08048-MKV, 2022 U.S. Dist. LEXIS 5612, at *12-13 (S.D.N.Y. Jan. 11, 2022) (collecting cases supporting the proposition that "Courts in this Circuit regularly seal information that might disclose trade secrets of confidential business information" and finding that a defendant's past and/or prospective clients could constitute such information and should remain under seal). The disclosure of such information, like Market Securities' client list, particularly when Market Securities is not a party to the instant action, could cause significant harm to Market Securities' business and reputation. Consequently, Market Securities respectfully submits that there is just cause for redacting the Requests for Admission, and maintaining the unredacted Requests for Admission under seal.[2]

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: S/ *Kerry B. Brownlee*
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorney for Market Securities LLC*

---

[1] The prospective client is identified on pp. 165 and 167-168 of the Requests for Admission in Requests for Admission Nos. 164 and 166. Market Securities has pitched this prospective client in the past, but as of now, it is still not a client of Market Securities. The name of this particular individual, albeit at a different firm, is also listed on p. 20 in Request for Admission No. 18; the firm identified on the bottom of p. 20 in Request for Admission No. 18 is a current client of Market Securities.

[2] When investigating this matter further, Market Securities became aware of two (2) unintentional errors in redactions: 1) "Funk" identified on the top of  p. 137 of the Requests for Admission in Request for Admission No. 124 is not a client or prospective client; and 2) the first name of the reporter ("Rebecca") identified on the bottom of p. 124 of the Requests for Admission in Request for Admission No. 107 was inadvertently redacted.