# EXHIBIT 5

| Month | Number of Investor Subscribers |
|---|---|
| 1/31/2018 | 73 |
| 2/28/2018 | 71 |
| 3/31/2018 | 74 |
| 4/30/2018 | 71 |
| 5/31/2018 | 71 |
| 6/30/2018 | 70 |
| 7/31/2018 | 70 |
| 8/31/2018 | 72 |
| 9/30/2018 | 75 |
| 10/31/2018 | 78 |
| 11/30/2018 | 73 |
| 12/31/2018 | 70 |
| 1/31/2019 | 71 |
| 2/28/2019 | 71 |
| 3/31/2019 | 70 |
| 4/30/2019 | 74 |
| 5/31/2019 | 69 |
| 6/30/2019 | 70 |
| 7/31/2019 | 69 |
| 8/31/2019 | 69 |
| 9/30/2019 | 74 |
| 10/31/2019 | 74 |
| 11/30/2019 | 78 |
| 12/31/2019 | 76 |
| 1/31/2020 | 74 |
| 2/29/2020 | 74 |
| 3/31/2020 | 79 |
| 4/30/2020 | 80 |
| 5/31/2020 | 83 |
| 6/30/2020 | 79 |
| 7/31/2020 | 78 |
| 8/31/2020 | 77 |
| 9/30/2020 | 76 |
| 10/31/2020 | 75 |
| 11/30/2020 | 75 |
| 12/31/2020 | 73 |
| 1/31/2021 | 72 |
| 2/28/2021 | 74 |
| 3/31/2021 | 74 |
| 4/30/2021 | 73 |

TCF009123

**EXHIBIT 3**



| Month | | Number of Investor Subscribers | |
|---|---|---|---|
| 5/31/2021 | | 71 | |
| 6/30/2021 | | 76 | |
| 7/31/2021 | | 77 | |
| 8/31/2021 | | 78 | |
| 9/30/2021 | | 81 | |
| 10/31/2021 | | 83 | |
| 11/30/2021 | | 83 | |
| 12/31/2021 | | 88 | |
| Full Period average | | 74.7 | |

TCF009124