

November 13, 2025

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

      Re:    *DBW Partners LLC. v. BTG Pactual Asset Management US L.L.C.*
            Civil Action No. 24-cv-09836-LGS
            Letter In Support of Motion to Seal/Redact

Dear Judge Schofield,

      Our firm represents Market Securities, LLC ("Market Securities"), which is not a party to the above-referenced case, but has appeared through counsel for the limited and sole purpose of respectfully requesting that this Court maintain the confidential treatment of documents containing its proprietary business information. In accordance with Your Honor's Order dated November 7, 2025 (*Dkt. No. 93*) (the "11/7 Order") Market Securities is hereby submitting a letter in support of keeping Exhibit 7 to the Declaration of Theodore Downey (*Dkt. No. 91-7*) ("Exhibit 7") under seal, which contains Market Securities' confidential business information, and was erroneously first filed by Plaintiff DBW Partners, LLC d/b/a The Capitol Forum ("Capitol Forum") in public view.

      Exhibit 7 is a transcript from the deposition of one of Market Securities' employees, which contains the name of one of Market Securities' prospective clients.[1] As Market Securities indicated in its letter of October 23, 2025 (*Dkt. No. 79*), the identity of Market Securities' prospective client(s) constitutes its confidential business information, and should remain under seal. *See, e.g., Iacovacci v. Brevet Holdings, LLC*, No. 1:18-cv-08048-MKV, 2022 U.S. Dist. LEXIS 5612, at *12-13 (S.D.N.Y. Jan. 11, 2022) (collecting cases supporting the proposition that "Courts in this Circuit regularly seal information that might disclose trade secrets of confidential business information" and finding that a defendant's past and/or prospective clients could constitute such information and should remain under seal). The disclosure of such information, particularly when

---

[1] This individual and her associated firm were identified on Capitol Forum's requests for admission. Market Securities respectfully requested that this Court maintain this information under seal, and said request was granted. *Dkt. Nos. 79, 87.*

Page 2

Market Securities is not a party to the instant action, could cause significant harm to Market Securities' business and reputation. Consequently, Market Securities respectfully submits that there is just cause for redacting Exhibit 7, and maintaining the unredacted Exhibit 7 under seal. Attached hereto is a proposed redacted version of Exhibit 7.

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: S/ *Kerry B. Brownlee*
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorney for Market Securities LLC*
