# EXHIBIT 7

```
 1
 2      UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      ------------------------------x
        DBW Partners, LLC d/b/a
 4      The Capitol Forum,
 5                 Plaintiff,
 6             vs.                      Case No.
                                        1:24-cv-09836-LGS
 7      BTG PACTUAL ASSET
        MANAGEMENT, LLC
 8
                   Defendant.
 9      ------------------------------x
10
11
12          REMOTE/ORAL/WEB VIDEOCONFERENCE
13         CONTINUED VIDEOTAPED DEPOSITION OF
14                 JENNIFER DONAKER
15             Wednesday, July 23, 2025
16                  1:04 p.m. EDT
17
18
        Reported by:
19      Jennifer Ocampo-Guzman, CRR, CLR
        JOB NO. 7506103
20
21
22
23
24
25
                                              Page 1
```

```
 1              DONAKER                                  1              DONAKER
 2   dataset?                                            2        A.  When did you file?  Sorry.
 3            THE WITNESS:  I thought that was in        3        Q.  We will get to that.  May 2022.
 4   '23.                                                4        A.  Okay.  So, yes, this was before
 5            MS. BROWNLEE:  This is before,             5   that.
 6   John.  That's before, January of --                 6        Q.  Okay.  Now, up at the top, we
 7            MR. WILLIAMS:  I shouldn't have            7   talked about this before, you say, "oh, my
 8   used the word or you used the word                  8   God Cap Forum is being a royal pain in the
 9   extractions.                                        9   ass."
10            THE WITNESS:  Sorry.                      10        A.  Yes.
11            MR. WILLIAMS:  Let's just pull it         11        Q.  And what we covered before is that
12   up on the screen.                                  12   that was because we were asking who it was
13            CONCIERGE:  You should be all set.        13   that sent Market Securities the Capitol Forum
14        Q.  Can you see that, Ms. Donaker?            14   articles.  Do you remember that?
15            THE WITNESS:  I have just put the         15        A.  I believe so, yes.
16   Zoom dock.  Was it Exhibit 66?                     16        Q.  Okay.  And then down, I highlighted
17            MR. WILLIAMS:  It's the one I'm           17   this, so we could move quickly down near the
18   showing on my screen.                              18   bottom, ████████ says, "what the fuck do
19            (Discussion off the record.)              19   they want, mostly a witch hunt for who is
20            CONCIERGE:  I have one through 75         20   sharing."  And you say, "yes, but I am not
21   available.  I'm sorry, 1 through 67.               21   giving up my clients."  Do you see that?
22            MR. WILLIAMS:  1 through 67, right.       22        A.  I see it.
23   Well, this shows you're screen sharing.            23        Q.  And what did you mean by that?
24            CONCIERGE:  How about trying to           24        A.  My best belief is at this time we
25   stop screen share and then reenter it.             25   had not done the Bloomberg extraction, but I
                                         Page 22                                                Page 24

 1              DONAKER                                  1              DONAKER
 2   And maybe that will fix it.                         2   was aware of clients having, you know, either
 3            MR. WILLIAMS:  I tried it.  It's           3   sent me summaries, I believe I guess --
 4   not working?  Ms. Donaker, you are at a             4   sorry -- if I could just backtrack I think,
 5   computer.  Let me send this, Kerry, to              5   because at this point because I say "clients"
 6   you and it's just a single Word                     6   plural, I am aware that some of my clients,
 7   document.  I'll send it to you right now            7   you know, call me, you know, give me
 8   and we can all look at it that way.                 8   summaries.  I mean I'm not a subscriber, so I
 9            (Discussion off the record.)               9   obviously get the gists and summaries from my
10            MR. WILLIAMS:  Let's go off the          10   clients at this time.  So I wasn't aware of
11   record.  I'm sorry for all this of.                11   the intentions you guys had, if you were
12            THE VIDEOGRAPHER:  Stand by.              12   trying to, like I said, you know, sue people
13            MR. WILLIAMS:  Let's take a couple        13   or call them.
14   of minutes, give it.  Ms. Donaker --               14            But at this time, my sense was, I
15            THE VIDEOGRAPHER:  We're going off        15   was trying to protect my client base of
16   the record at 1:26 p.m.                            16   anyone who have likely had, you know, given
17            (A brief recess was taken.)               17   me some kind of story -- sorry, story -- some
18            THE VIDEOGRAPHER:  We're back on          18   kind of summary of Cap Forum.
19   the record at 1:31 p.m.                            19        Q.  Let's look at the next one, please.
20        Q.  All right.  We are talking about          20        A.  Yep.  Where am I going?
21   January 11, 2022 email, excuse me, chat that       21        Q.  Two pages in, you had another
22   you had with ████████████████.                     22   conversation with Mr. Grahling on
23        A.  Yep.                                      23   November 23, 2021.
24        Q.  This is before the lawsuit was            24        A.  Yep, I remember this.
25   filed, correct?                                    25            MR. BAKER:  I'm sorry, or what
                                         Page 23                                                Page 25
```

7 (Pages 22 - 25)