UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
DBW PARTNERS LLC,                                   :
                                                    :        24 Civ. 9836 (LGS)
                                Plaintiff,          :
                                                    :              ORDER
              -against-                             :
                                                    :
BTG PACTUAL ASSET MANAGEMENT US                     :
L.L.C.,                                             :
                                                    :
                                Defendant.          :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a jury trial in this action is scheduled to begin April 27, 2026.  It is hereby

        **ORDERED** that, in light of Defendant's pending motion for summary judgment, the jury

trial and all pretrial deadlines are **ADJOUNRED** sine die.

Dated: January 14, 2026
       New York, New York

_____
        **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**