UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DBW PARTNERS LLC, Plaintiff, | : | 24 Civ. 9836 (LGS) |
| -against- | : | ORDER |
| BTG PACTUAL ASSET MANAGEMENT US L.L.C., Defendant. | : | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered June 16, 2026 (the "June 16 Order") granted in part and denied in part the parties' motions to seal exhibits filed in support of and in opposition to Defendant's motion for summary judgment. The June 16 Order denied sealing without prejudice to renewal as to Plaintiff's clients' identifying information and directed Plaintiff to file a renewed motion to seal such information by June 30, 2026. The Order states that, "If Plaintiff does not file such motion, Defendant will be directed to refile the exhibits omitting redactions of Plaintiff's clients' identifying information."

WHEREAS, Plaintiff did not file a renewed motion to seal. It is hereby

**ORDERED** that, by **July 10, 2026**, Plaintiff shall file any renewed motion to seal, or otherwise file a letter stating that Plaintiff no longer seeks to seal its client identifying information. If Plaintiff does not file such motion, Defendant will be directed to refile the exhibits omitting redactions of Plaintiff's clients' identifying information.

Dated: July 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE