**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
DBW PARTNERS LLC,

Plaintiff,

-against-

BTG PACTUAL ASSET MANAGEMENT US L.L.C.,

Defendant.
---------------------------------------------------------------X

24 **CIVIL** 9836 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 14, 2026, Defendant's motion for summary judgment is GRANTED on all claims; accordingly, the case is closed.

**Dated:** New York, New York

July 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**